IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COURTNEY SANDERS, on behalf of
herself and all others similarly sitauted                            PLAINTIFF

v.                          No. 5:12-cv-17-DPM

LAWRENCE DAVIS, Individually and in his
Official Capacity; and DONALD BOBBITT, as
President of the University of Arkansas System            DEFENDANTS

ORDER

Motion to dismiss, *Document No. 2*, granted in part and denied as moot in part. The allegations are now plausible in light of the amended complaint. *Document No. 5*. But Sanders may seek only prospective injunctive relief on her official-capacity claims. *Will v. Michigan Department of State Police*, 491 U.S. 58, 71 n.10 (1989).

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2012