# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

COURTNEY SANDERS, on behalf of
herself and all others similarly sitauted                                        **PLAINTIFF**

v.                                              **No. 5:12-cv-17-DPM**

LAWRENCE DAVIS, Individually and in his
Official Capacity; and DONALD BOBBITT, as
President of the University of Arkansas System                       **DEFENDANTS**

## ORDER

Motion to dismiss, *Document No. 2*, granted in part and denied as moot

in part. The allegations are now plausible in light of the amended complaint.

*Document No. 5*.  But Sanders may seek only prospective injunctive relief on

her official-capacity claims.  *Will v. Michigan Department of State Police*, 491

U.S. 58, 71 n.10 (1989).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2012