IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COURTNEY SANDERS,
ON BEHALF OF HERSELF
and ALL OTHERS SIMILARLY SITUATED,                                    PLAINTIFF

v.                          Case No. 5:12-cv-00017-KGB

LAWRENCE DAVIS, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY, and
DONAL BOBBITT, AS PRESIDENT
OF THE UNIVERSITY OF ARKANSAS SYSTEM                                  DEFENDANTS

## ORDER

Before the Court is defendants' motion for expedited protective order (Dkt. No. 13). Defendants filed their motion May 2, 2013, requesting that the Court issue an expedited protective order in response to plaintiff's counsel's most recent request directed to defendants and their counsel under the Arkansas Freedom of Information Act ("FOIA"), Ark. Code Ann. § 25-19-101 *et seq*. (hereinafter "plaintiff's recent FOIA request"). Defendants ask that this Court protect from disclosure all documents responsive to plaintiff's recent FOIA request that are protected by attorney-client privilege or work product doctrine, protect defendants from having to produce any documents responsive to plaintiff's recent FOIA request until after the case is concluded, and award defendants all other proper relief.

Plaintiff has not responded to defendants' motion, and her time for doing so has not yet passed. Therefore, the Court will not address at this time the underlying merits of defendants' motion for expedited protective order.

Instead, based on defendants' representations regarding plaintiff's recent FOIA request and because the Arkansas FOIA imposes strict time limits on those subject to it for responding to such requests, the Court will issue a temporary protective order directing that defendants not

respond to plaintiff's recent FOIA request unless and until this Court orders defendants to do so after ruling on the merits of defendants' motion for expedited protective order.  This temporary protective order is entered by the Court to give defendants a temporary reprieve from responding to plaintiff's recent FOIA request and to bring documents responsive to plaintiff's recent FOIA request within the exemption set forth in the Arkansas FOIA, Ark. Code Ann. § 25-19-105(b)(8).

SO ORDERED this the 3rd day of May, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge